SENECA KNITTING MILLS CO., INC., Appellant, v. CONTINENTAL COPPER & STEEL INDUSTRIES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

ELIZABETH ROBERT, Appellant, v. LESTER T. DOYLE, as Trustee in Reorganization of Surface Transportation Corporation of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE GONG, Appellant.— Judgment affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ.; Callahan, J., dissents and votes to reverse and dismiss upon the ground that the evidence fails to establish gambling on the premises.

■

In the Matter of MICHAEL D. MAZZEO et al., Appellants, against JOSEPH SCHECHTER et al., Constituting the Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, on Complaint of RUBY BRACKETT, Respondent, v. JACK COHEN, Appellant. COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, on Complaint of RUBY BRACKETT, Respondent, v. JACK COHEN, Appellant.— Orders affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Peck, P. J., Callahan, Breitel and Bastow, JJ.; Rabin, J., dissents and votes to reverse and dismiss on the ground that the testimony was not entirely satisfactory.

■

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD HANNES.— Motion denied and the appeal taken from the order dated April 25, 1955, dismissed. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

### (May 19, 1955.)

■

THE PEOPLE OF THE STATE OF NEW YORK v. AUSTIN SMITH and JOHN BECK.— Motion to dismiss appeal granted. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.